06-60460.or1

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 06-60460-CIV-COOKE-BROWN

STEPHEN GOOD,

    Plaintiff,

vs.

FUTURE INTERIORS, INC.,
A Florida Corporation,

    Defendant.
_____/

## ORDER DENYING JOINT MOTION FOR APPROVAL OF SETTLEMENT

This matter is before this Court on a Joint ...Motion for Approval of Settlement Agreement..., filed May 17, 2007. The Court has considered the motion and all pertinent materials in the file.

As noted in the motion, the Court is required to approve the settlement agreement. What the motion does not reflect in the citation from the leading case of <u>Lynn's Food Stores, Inc. v. U.S.</u>, 679 F. 2d 1350 (11th Cir. 1982), is the language in that case that says that the Court may grant said approval "after scrutinizing the settlement for fairness". <u>Id</u> at 1353.

There is simply nothing in the motion or in the attachment that would allow the Court to accomplish this. The Settlement Agreement says plaintiff will receive $5,000...for what? What is claimed? 1,000 hours of overtime? It also discusses the attorneys' fees and costs - but there is no information upon which the Court can review same. To, perhaps, highlight the problem, the release says it's for a total sum of $19,500...but the numbers set forth do not total that amount!

Therefore, and the Court being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that said motion be and the same is hereby **DENIED, without prejudice.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18th day of June, 2007.

                                               STEPHEN T. BROWN
                                              UNITED STATES MAGISTRATE JUDGE

Copies provided to:
Honorable Marcia G. Cooke
Counsel of record